# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CHARLES PATTON,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

2:16-cv-00244-JCM-VCF

**ORDER**

Before the court is Plaintiff's Emergency Motion for Protective Order and Motion to Extend the Discovery Deadlines (ECF NO. 19).

IT IS HEREBY ORDERED that the deposition of Charlene Patton, scheduled for May 20, 2016, is stayed pending further order of the court.

IT IS FURTHER ORDERED that any opposition to Plaintiff's Emergency Motion for Protective Order and Motion to Extend the Discovery Deadlines (ECF NO. 19) must be filed on or before May 26, 2016.  No reply necessary.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Emergency Motion for Protective Order and Motion to Extend the Discovery Deadlines (ECF NO. 19) is scheduled for 10:30 a.m., June 3, 2016, in courtroom 3D.

DATED this 19th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE