**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CHARLENE PATTON and THOMAS H. PATTON, JR.,

        Plaintiff,

vs.

WAL-MART STORES, INC., *et al.*,

        Defendants.

2:16-cv-00244-JCM-VCF

**MINUTE ORDER**

    Before the court are the Motion to Extend Time (ECF No. 20) and Motion to Seal (ECF No. 25).

    IT IS HEREBY ORDERED that a hearing on the Motion to Extend Time (ECF No. 20) and Motion to Seal (ECF No. 25) is scheduled for 10:30 a.m., June 3, 2016, in courtroom 3D.

    DATED this 2nd day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE