**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLENE PATTON and THOMAS H. PATTON, JR.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>  Defendant(s). | Case No. 2:16-CV-244 JCM (VCF)<br><br>AMENDED ORDER |

Pursuant to Federal Rule of Civil Procedure 60(a), "[t]he court may correct a clerical mistake . . . whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this court's December 19, 2016, order is hereby amended to reflect that plaintiffs' motion to amend the complaint (ECF No. 15) was GRANTED and that plaintiffs' motion to remand (ECF No. 7) was DENIED as moot.

IT IS FURTHER ORDERED that this case remains remanded to state court.

DATED December 29, 2016

_____
UNITED STATES DISTRICT JUDGE