| | |
|---|---|
| 1 | BRENDA H. ENTZMINGER |
| | Nevada Bar No. 9800 |
| 2 | RYAN M. KERBOW |
| | Nevada Bar No. 11403 |
| 3 | **PHILLIPS, SPALLAS & ANGSTADT LLC** |
| | 504 South Ninth Street |
| 4 | Las Vegas, Nevada 89101 |
| 5 | (702) 938-1510 |
| | Bentzminger@psalaw.net |
| 6 | Rkerbow@psalaw.net |

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE PATTON and THOMAS H. PATTON, JR., | Case No.: 2:16-CV-0244-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., a foreign corporation; DOE WORKER, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 25th day of April, 2017.          DATED this 11th day of May, 2016.

**GANZ & HAUF**                               **PHILLIPS, SPALLAS & ANGSTADT**

_____ #11743                    _____
Cara Xidis, Esq.                              Ryan Kerbow, Esq.
8950 W. Tropicana Ave., Ste. 1                504 South Ninth Street
Las Vegas, Nevada 89147                       Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                     *Attorneys for Defendant*
*Charlene Patton*                             *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED May 18, 2017.

_____
UNITED STATES DISTRICT JUDGE